UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

KEVIN HOWARD,                          )
                                       )
                    Petitioner,        )
                                       )
            vs.                        )          Case No. 4:07-CV-2075 TCM
                                       )
TROY STEELE,                           )
                                       )
                    Respondent.        )

## ORDER

This matter is before the Court upon the application of Kevin Howard for leave to commence

this action without payment of the required filing fee. Upon consideration of the financial information

provided with the application, the undersigned finds that the applicant is financially unable to pay any

portion of the filing fee.

Therefore,

**IT IS HEREBY ORDERED** that petitioner's motion for leave to proceed in forma pauperis

[Doc. #2] is **GRANTED**.  See 28 U.S.C. § 1915.

Dated this 7th day of January, 2008.


                    **/s/ Thomas C. Mummert, III**
                    **UNITED STATES MAGISTRATE JUDGE**